1032

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
VICTORIO, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 20389, Carl L. Loy, J., entered April
13, 1978. *Affirmed* by unpublished opinion per Munson, J.,
concurred in by McInturff and Roe, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. VIRGIL
CAGEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82724, Norman W. Quinn, J., entered January
27, 1978. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by James and Andersen, JJ.

CAROLYN CRAIG, *Appellant,* v. FARMERS INSURANCE
COMPANY OF WASHINGTON, ET AL, *Respondents.*

Appeal from judgments of the Superior Court for King
County, No. 828166, H. Joseph Coleman, J., entered
December 30, 1977 and January 31, 1978. *Affirmed in part*
and *reversed in part* by unpublished opinion per Ringold,
J., concurred in by Swanson, A.C.J., and Dore, J.

ANTHONY BERNAL, ET AL, *Appellants,* v. AMERICAN
HONDA MOTOR COMPANY, INC., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 740230, James J. Dore, J., entered October 18,
1977. *Affirmed* by unpublished opinion per Andersen, J.,
concurred in by Williams and Ringold, JJ.